Goldie Buehler, Appellee, v. Albert C. Buehler, Appellant.

Gen. No. 41,682.

opinion filed February 10, 1942. Vernon R. Loucks and Adelor J. Petit, Jr., for appellant; Jacob G. Grossberg and Harry May, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''